## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.  5:03cr33/MCR
  5:09cv135/MCR/CJK

**DAVID E. MARTINELLI**

_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Order and Second Amended Report and Recommendation ("Report and Recommendation"), dated November 30, 2011 (doc. 426). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.[1]

2. The amended motion to vacate, set aside, or correct sentence (doc. 362) pursuant to 28 U.S.C. § 2255 is **DENIED**.

**DONE AND ORDERED** this 20th day of January, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The court would note, however, that the trial of this matter lasted for three weeks, rather than three days as indicated on page 3 of the Report and Recommendation.